United States District Court
Southern District of Texas
**ENTERED**
March 16, 2016
David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED

MAR 16 2016

Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PABLO LUCIO VASQUEZ<br>Petitioner | §<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | M-16-115 |
| WILLIAM STEPHENS, Director<br>Texas Department of Criminal Justice<br>Correctional Institutions Division<br>Respondent | §<br>§<br>§<br>§<br>§ | |

ORDER

Pablo Lucio Vasquez is a Texas death row inmate. He is scheduled for execution on April 6, 2016.

On March 16, 2016, Vasquez filed a petition for a writ of habeas corpus raising a single claim: that the Eighth and Fourteenth Amendments bar his execution because he is mentally ill. Vasquez also filed a motion for a stay of execution, and a motion for leave to proceed *in forma pauperis*. The time sensitive nature of this matter requires an expedited briefing schedule. Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. # 2) is GRANTED;

IT IS FURTHER ORDERED that Respondent William Stephens shall respond to Vasquez' petition by March 18, 2016; and

IT IS FURTHER ORDERED that Petitioner may reply to the response by March 21, 2016.

The clerk of the Court is to forward a copy of this Order by any receipted means to all parties of record.

McAllen, Texas
March 16, 2016

_____
Dorina Ramos
UNITED STATES MAGISTRATE JUDGE