IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PABLO LUCIO VASQUEZ, | § | |
| Petitioner, | § | |
| | § | Civil Action No. 7:16-cv-115 |
| v. | § | (Magistrate Judge Dorina Ramos) |
| | § | |
| WILLIAM STEPHENS, | § | * DEATH PENALTY CASE * |
| Director, Texas Department | § | |
| of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

**RESPONDENT STEPHENS' NOTICE OF APPEARANCE**

This case involves a secondary federal habeas proceeding initiated pursuant to 28 U.S.C. § 2254 by Texas death row inmate Pablo Vasquez. Docket Entry 2. The undersigned attorney hereby enters this appearance of counsel on behalf of Respondent William Stephens and respectfully requests that all future pleadings, orders, and other correspondence are served on his counsel of record at the address below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division


<u>   s/ Jeremy Greenwell   </u>
JEREMY C. GREENWELL*
Assistant Attorney General
State Bar No. 24038926
Southern I.D. No. 36158

P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
(512) 936-1600
(512) 320-8132 (Fax)
E-mail:
<u>jeremy.greenwell@texasattorneygeneral.gov</u>

*Lead Counsel                      ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I certify that on the 16th day of March, 2016, a true and correct copy of the above pleading was electronically served to the following counsel for Vasquez by filing the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.

JAMES FRANCIS KEEGAN
Attorney at Law
4421 Jim West Street
Bellaire, TX 77401
whynyet@sbcglobal.net

    /s/ Jeremy Greenwell
JEREMY C. GREENWELL
Assistant Attorney General