United States District Court
Southern District of Texas
FILED

MAR 2 2 2016

. Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DIVISION OF TEXAS
### McALLEN DIVISION

PABLO LUCIO VASQUEZ          §
                             §
v.                           §
                             §          CIVIL ACTION No. ꟽ - 16 - 115
                             §
WILLIAM STEPHENS, DIRECTOR   §
TEXAS DEPT. OF CRIMINAL JUSTICE §
INSTITUTIONAL DIVISION       §

## ORDER

Came on this day for consideration the motion of Pablo Lucio Vasquez to proceed *in forma pauperis*, and the Court, having considered the motion, is of the opinion that the motion should be, and hereby is, ___GRANTED___.

Signed on this the ___22nd___ day of ___March___, 2016.

_____
United States ~~District~~ Judge
Magistrate